STATE of Missouri, Respondent,

v.

Brandon M. WERNER, Appellant.

No. WD 73555.

Missouri Court of Appeals,
Western District.

Jan. 15, 2013.

Karen Louise Kramer, Jefferson City, MO, for respondent.

Rosalynn Koch, Columbia, MO, for appellant.

Division Two: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and KAREN KING MITCHELL, JJ.

## ORDER

PER CURIAM:

Brandon Werner appeals the trial court's order denying his motion to dismiss based on the State's failure to bring him to trial within the 180–day limitation period set by the Uniform Mandatory Disposition of Detainers Law. We affirm. Rule 30.25(b).